UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| AMELIA RUZZO, an individual, | ) | 03:05-CV-00671-LRH-VPC |
| Plaintiff, | ) | January 24, 2006 |
| vs. | ) | MINUTE ORDER |
| PLACER DOME, INC., a Canadian corporation, et al., | ) | |
| Defendants. | ) | |

PRESENT:
THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE
DEPUTY CLERK:   NONE APPEARING        REPORTER:   NONE APPEARING
COUNSEL FOR PLAINTIFF(S):   NONE APPEARING
COUNSEL FOR DEFENDANT(S):   NONE APPEARING
MINUTE ORDER IN CHAMBERS:

Upon review of the stipulation and order (Doc. #5) approved by this court, it is the court's intention to grant the extensions requested in paragraphs 4 and 5. It was not the court's intention to suspend discovery-related obligations as set forth in paragraph 6.

The court, therefore, modifies the order by striking the suspension of discovery obligations identified within paragraph 6 of the stipulation (Doc. #5).

LANCE S. WILSON, CLERK

By:   /s/ Rosemarie Miller
Deputy Clerk